UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 18-01003 AG (KKx) | Date | July 9, 2018 |
|---|---|---|---|
| Title | CHRISTIN WILSON ET AL. v. KIA MOTORS AMERICA, INC. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER REMANDING CASE

This state lemon law case is in federal court because of a single line in Plaintiffs' prayer for relief, asking for "costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d) and/or the Magnusson-Moss Warranty Act pursuant to 15 U.S.C. § 2310(d)(2)." (Complaint, Dkt. No. 1-1 at 13.) This lone citation to the federal Magnusson-Moss Warranty Act—coupled with Plaintiffs' use of the Frankensteinian conjunction "and/or"—has caused confusion over just what's at play in this case. *See* BRYAN A. GARNER, ELEMENTS OF LEGAL STYLE 31, 202–03 (1991) (calling "and/or" one of several "abominations" of legal writing that has been "much condemned").

Indeed, Defendant KIA removed this case to this Court based on federal question jurisdiction solely because Plaintiffs sought "remedies under the Magnuson-Moss Warranty Act." (Notice of Removal, Dkt. No. 1 at 2.) Plaintiffs now explain that their request for Magnusson-Moss relief is "non-operational" and "unnecessary" because they don't assert any claims under the Magnusson-Moss Warranty Act. (Mot., Dkt. No. 20-1 at 6–7.) Despite this position, Plaintiffs haven't agreed to remove that language from their complaint, instead filing a motion to remand with a request for attorney fees.

Federal Rule of Civil Procedure 12 authorizes the Court to, on its own authority, strike from a pleading "any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 18-01003 AG (KKx) | Date | July 9, 2018 |
|---|---|---|---|
| Title | CHRISTIN WILSON ET AL. v. KIA MOTORS AMERICA, INC. | | |

12(f). Based on Plaintiffs' current position that the relevant language is "non-operational" and "unnecessary," the Court STRIKES the following words from Plaintiffs' complaint: "and/or the Magnusson-Moss Warranty Act pursuant to 15 U.S.C. § 2310(d)(2)." (Complaint, Dkt. No. 1-1 at 13.) Separate from that stricken language, the parties assert no other grounds for this Court to exercise jurisdiction over this case. "If at any time before final judgment it appears that the district court lacks subject mater jurisdiction, the case shall be remanded." *See* 28 U.S.C. § 1447(c). Consequently, remand is appropriate.

As for their attorney fee request, Plaintiffs argue that Defendant didn't have an objectively reasonable basis for removal. (Mot., Dkt. No. 20-1 at 9.) "Section 1447(c) authorizes courts to award costs and fees, but only when such an award is just." *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 138 (2005). Generally, this includes an attorney fee award "where the removing party lacked an objectively reasonable basis for seeking removal." *Id.* at 141. "In applying this rule, district courts retain discretion to consider whether unusual circumstances warrant departure from the rule in a given case. For instance, a plaintiff's delay in seeking remand or failure to disclose facts necessary to determine jurisdiction may affect the decision to award attorney fees." *Id.* The Court concludes that an award of attorney fees wouldn't serve the interest of justice here, where Plaintiffs could have avoided all the proceedings in this Court by simply removing from their complaint language they now describe as "non-operative" and "unnecessary."

The Court GRANTS IN PART Plaintiffs' motion to remand. (Dkt. No. 20.) The Court REMANDS this case to Riverside County Superior Court.

The Court DENIES AS MOOT Defendant's motion to dismiss. (Dkt. No. 12.)

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 18-01003 AG (KKx) | Date | July 9, 2018 |
|---|---|---|---|
| Title | CHRISTIN WILSON ET AL. v. KIA MOTORS AMERICA, INC. | | |